**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

JAMES CEASAR,            :   No. 25 EM 2023

          Petitioner       :

v.                :

COMMONWEALTH OF PENNSYLVANIA   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 5th day of September, 2023, the Petition for Extraordinary Relief is DENIED.